Stringer, Case No. 242634. Mr. Richards, come on up, please. Good morning. I apologize for this. I came off work this morning. It was a very long journey to get here. So, Mr. Richards, we know what the case is about. We have all of your materials, so proceed with that in mind. Thank you very much. The first order that was produced in the material was dated the 30th of May, 2023. Can you speak into the microphone? 2023 document. Move the microphone closer to you. Thank you. So the first order was the 30th of May, 2023, document 100. And that was from the District Court, the Honorable Justice Ms. Abrams. And that was undone by the magistrate judge on the 23rd of September, 2024, being document No. 176. Now, all of what happened in view of the plaintiff or petitioner appellant was Rule 60B, mistakes and omissions by the court. The matters that were filed were under the continuing violations doctrine. Hence, Monell, which was superseded by Los Angeles v. Humphreys in 2010. There are five separate issues in the matter, and I'm going to try and be as brief as possible. First of all, the matter of March 3, 2018, physical assault and battery on the appellant. Nothing was done despite the police's report. The aggressor was identified by name, and the police were aware where he could have been found. The second matter was illegal traffic stop. This is one of the very pivotal issues. And the order that was done for the 3rd of May, 2023, implicated the City of New York, implicated, Your Honor, of being responsible for the illicit actions. Now, this matter is not hard to look at. I refer to the respondents. In Thompson v. Clark, U.S. Supreme Court, year 2022. Further to U.S.C. subsection 1983, malicious prosecution, unlawful detention, false imprisonment, and amongst other things, under the Fourth Amendment. Now, the matter was already disposed of, this matter here, in a Brooklyn traffic court. And courts usually honor and respect those decisions, so long as they fall in tandem with the required rules and cases, amongst other things. Now, four interrogators were issued to the respondents on the 27th of January, 2024. 230 questions. Respondents, and affidavit of service, of course, at Document 160. Respondents did not respond. Now, under Rule 26A1, 262A, 232B, 37A1, 37A3, these are very serious breaches. So, in other words, the respondents gave up their right to any defenses. Now, why I mention Monell? It can be seen and said, in view of the appellant, that there was discriminatory animus, custom, policy, and practice towards the appellant. Even though they did not issue anything writing to say that these are their customs and traditions. Now, there are concurrent matters that were taking place that the appellant had filed against the city of New York. Those are obvious, and I alluded to a lot of those in the brief and other documentation. Now, one other pivotal issue, why the matter was dismissed from the district court, is that the respondents in their document dated the 15th of March, 2024, being Document 148. All of those documents, in particular, Pages 1 and 2, they had asked for tax returns for the appellant, unemployment records, employment history, medical records, social security number, and insurance records, which has nothing to do with the case. The court had, of course, correctly stated that, in their order, of course, 1st of November, 2023, I believe, that nothing that had anything to do with any other matter, no personal data was supposed to have been issued. Stick to only the facts. The other matter that I want to make reference to is the illicit or the concocted traffic tickets, being that one dated the 12th of February, 2018, for red light, another dated the 28th of March, 2018, for speeding. These are untrue, and it has been proven. I received them in the U.S. Space Mail, January 2019. Timings, very important. They stayed on the records for about four years. I was in touch with the City of New York, attorneys at law, Limebargo, Grogan, Blair, and Sampson for two years, from October the 18th, 2019, to November the 10th, 2021. Those are facts. Now, property rights, property preparatory rights are very important. I never drove a vehicle within that time. I never owned a vehicle within that time. I never had such a registration plate within that time. I was at work full-time in one instant, and I was at school in another instant, and these two days on another occasion. Now, what will be seen throughout? What will be prominent throughout? Sorry. Mr. Richardson, I'm going to give you 30 more seconds. Go ahead. Finish that thought. Okay. I'll just proceed. There are several other matters. The illicit suspension of my driver's license for over nine months. Could not drive. Could not take care of the persons I was tasked to take care of. I could not enjoy myself. I could not drive to work. Now, the notes of appearance filed by the respondents, they have breached throughout in terms of statute of limitation. They did not respond to the brief that was filed in 2024. They only filed a notes of appearance in January, I believe, 12, 2025. One year after is when they submitted their reply brief. This is very, very important, Your Honor. And per se, this is not applicable to almost no other case. The respondents had a duty and responsibility to respond within the time frame. They did not ask for it. They did not submit any relief. They did not agree with me. They did not seek my permission, neither the courts, and they simply gave up their rights to any defenses. So your time is up, and we have, I think, your argument. Thank you, Your Honor. This is what will happen. We're going to reserve a decision, which just means that we're not going to decide right now. We will issue a decision that will explain whatever the decision is, explain it for you and for the other side, and I thank you for your time, sir. Thank you. Just a question. Thank you. Thank you. Thank you for your argument, and thank you. This is your court as much as ours, and thank you for coming down and expressing yourself. What is your question? The respondents. I'm not seeing them in court. No, they're not here. They submitted. So you're here. We have the benefit of your oral argument. They decided not to come forward.  Thank you very much. Thank you very much. We'll reserve the decision, and I'll ask the question.